**Order entered October 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-00952-CR
No. 05-19-00953-CR
No. 05-19-00954-CR

**ALEJANDRO REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-75284-V, F18-75285-V & F18-75286-V**

**ORDER**

Before the Court is the State's October 6, 2020 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief received along with the motion filed as of the date of this order.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE